**DANIEL L. HARRALSON, SBN. 109322**
Daniel L. Harralson Law Corporation
Post Office Box 26688-6688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant JOSE CHAVEZ-AGUILAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br>　　vs.<br><br>JOSE CHAVEZ-AGUILAR,<br><br>　　　　　Defendant | ) Case No.: 1:11-CR-00223-AWI<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE SENTENCING HEARING OF**<br>) **JUNE 11, 2012**<br>)<br>) Date:　June 11, 2012<br>) Time:　10:00 a.m.<br>) Judge:　Honorable Judge Ishii<br>)<br>) |

　　**IT IS HEREBY STIPULATED between** the parties in this action, to request that the Court continue the current Sentencing date of **June 11, 2012,** to **July 16, 2012** or as soon thereafter as the Court deems appropriate.

　　This continuance is necessary as Defendant; **JOSE CHAVEZ–AGUILAR** needs to complete his Safety Valve Interview to take advantage of the Plea Agreement.

\\\
\\\
\\\
\\\
\\\

**IT IS SO AGREED:**

Dated: June 7, 2012                         **UNITED STATES ATTORNEY OFFICE**


                                            */s/ kevin rooney*
                                            **KEVIN ROONEY**
                                            **Assistant United States Attorney**


Dated: June 7, 2012                         **DANIEL L. HARRALSON LAW CORPORATION**

                                            */s/ daniel harralson*
                                            **DANIEL L. HARRALSON, ESQ.**
                                            **Attorney for Defendant**

# **ORDER**

**DEFENDANT** having filed a Stipulation to Continue Sentencing of June 11, 2012, good cause appearing,

**IT IS HEREBY ORDERED** that the Sentencing Hearing of June 11, 2012 be continued to July 16, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 7, 2012

CHIEF UNITED STATES DISTRICT JUDGE